LADIES AUXILIARY, ASBURY PARK LODGE NO. 128, B. P. O. E., APPELLANT, v. ASBURY PARK LODGE NO. 128 OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS, ETC., RESPONDENT.

Argued May 19, 1943—Decided September 16, 1943.

For the appellant, *Harry R. Cooper.*

For the respondent, *Benjamin M. Schlossbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—CASE, BODINE, HEHER, PERSKIE, DEAR, RAFFERTY, HAGUE, THOMPSON, JJ.   8.

*For reversal*—DONGES, WELLS, JJ.   2.